## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:19-cv-328-JDK |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss.  Docket No. 16.  In their motion, the parties explain that they have resolved Plaintiff's claims for relief against Defendants asserted in this case.  Plaintiff and Defendants thus request that the Court dismiss Plaintiff's claims for relief against Defendants with prejudice, and with all attorneys' fees, costs, and expenses taxed against the party incurring same.

The Court, having considered this request, **GRANTS** the motion.  It is therefore **ORDERED** that Plaintiff's claims for relief against Defendants are **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

So **ORDERED** and **SIGNED** this **21st** day of **May, 2020.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE