# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CYPRESS LAKE SOFTWARE, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:19-cv-328-JDK |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

As requested in the parties' joint motion, the Court has **DISMISSED WITH PREJUDICE** all pending claims in this lawsuit. Accordingly, the Court now enters final judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT**.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all claims in the instant suit be **DISMISSED** in their entirety **WITH PREJUDICE**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **21st** day of **May, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE